In the Matter of the Petition of George H. Shevlin and Others, as Executors, etc., of James Shevlin, Deceased, Respondents, for a Judicial Construction of Certain Provisions of Said Last Will and Testament and Codicils Thereto. Mary S. Gillen and Others, Appellants.— Motion for reargument denied. Motion for

leave to appeal to the Court of Appeals granted. Motion for stay granted. Present — Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ. [See *ante*, p. 636.]